CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
April 09, 2024
LAURA A. AUSTIN, CLERK
BY: s/A. Beeson
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JOSEPH LEE NOVIA, ) | |
| ) | Civil Action No. 7:23cv00658 |
| Plaintiff, ) | |
| ) | |
| v. ) | **MEMORANDUM OPINION** |
| ) | |
| UNKNOWN, *et al.*, ) | By:   Hon. Thomas T. Cullen |
| ) | United States District Judge |
| Defendants. ) | |

Plaintiff Joseph Lee Novia, proceeding *pro se,* filed this civil action under 42 U.S.C. § 1983. On April 5, 2024, an order sent to Novia was returned to the court, indicating that Novia was no longer at that facility. (*See* ECF No. 4.) The returned mail did not contain a forwarding address and, to date, Novia has not provided the court with an updated address. Because the court has no way to contact Novia, the court will dismiss this action without prejudice. The court notes that this dismissal is without prejudice to Novia's opportunity to refile his claims in a separate civil action, subject to the applicable statute of limitations.

The Clerk is directed to send a copy of this Memorandum Opinion and the accompanying Order to Novia at his last known address.

**ENTERED** this 9th day of April, 2024.

*/s/ Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE